EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | ___ FEPA<br>_X_ EEOC | |

_____ ICRC _____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Elaine Almond | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 4108 Steinmetz Drive | Indianapolis IN 46254 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Walmart Supercenter | | 317-783-0950 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4650 S. Emerson Ave. | Indianapolis IN 46203 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN

_X_ RETALIATION  __ AGE  _X_ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest

__ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

In March 2016 Ms. Almond was injured during the course of her employment. Due to the severity of her injury Ms. Almond received restrictions and was taken off of work for a period of time. While Ms. Almond was on leave she was told it "would be in her best interest to step down", and when she did not step down they proceeded with terminating her. Walmart violated the ADA by discriminating against Ms. Almond and failing to accommodate her disability. Additionally, Walmart retaliated against Ms. Almond for seeking her legal rights under worker's compensation. Finally, Walmart failed to offer Ms. Almond FMLA which she was entitled to and qualified for. Ms. Almond was terminated in retaliation and due to her disability and Walmart's unwillingness to accommodate her and communicate with her concerning her restrictions.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>3/31/17  *Elaine Almond* (signed)<br>Date   Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |