UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELAINE ALMOND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO: 1:17-cv-4542-JRS-DLP ) |
| WAL MART STORES, INC. and WAL-MART STORES EAST, LP, | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Stipulation of Dismissal with Prejudice submitted by the parties to this action, finds that the Stipulation should be approved.

**IT IS THEREFORE ORDERED** that this action is dismissed with prejudice, each party to bear her/its own costs, including attorneys' fees.

**SO ORDERED**.

Date: 2/27/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.